UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                   Case No. 1:06-PT-13

TREVOR MICHAEL VESPREMI,          HON. GORDON J. QUIST

      Defendant.

_____/

## ORDER

On May 18, 2007, this Court entered a Judgment for revocation of Defendant's term of supervised released and directed that Defendant be remanded to the United States Bureau of Prisons for a term of imprisonment of fifteen months. On June 15, 2007, Defendant filed a request for information on appealing the May 18 Judgment and for information on obtaining a court-appointed attorney. Defendant's request was docketed as a notice of appeal and as a motion for appointment of counsel.

Although Defendant's counsel has not filed a formal motion to withdraw, it appears from Defendant's pro-se filing that Defendant's counsel seeks to withdraw his appearance of record. Sixth Circuit Rule 101(a) states that trial counsel in criminal cases, whether retained or appointed by the district court, is responsible for the continued representation of the client on appeal until specifically relieved by the appellate court. A revocation of a term of supervised release is part of the criminal case. *See United States v. Waters*, 158 F.3d 933, 935 (6th Cir. 1998). Thus, the Court is without jurisdiction to rule on said motions. Therefore,

**IT IS HEREBY ORDERED** that Defendant's motion to appoint counsel (docket no. 14) and counsel's request to withdraw are **DENIED**.

Dated: July 3, 2007                                                  /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE